1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGNA URBINA, an individual, | Case No. 2:25-cv-02151-TLN-AC |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| SUNNYVALLEY SMOKED MEATS, INC., a California corporation; JBS USA FOODS GROUP HOLDINGS, INC., a Delaware corporation; and DOES 1 - 100, inclusive, | Action Filed: June 27, 2025<br>Removal Date: July 31, 2025<br>Trial Date: None set |
| Defendants. | Removed from the Superior Court of the State of California, County of San Joaquin |

1

ORDER GRANTING
JOINT STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT

Having reviewed the Joint Stipulation for Leave to File Amended Complaint ("Joint Stipulation") filed by Defendants JBS Prepared Foods, Inc., erroneously sued as "Sunnyvalley Smoked Meats, Inc.," and JBS USA Foods Group Holdings, Inc. and Plaintiff Digna Urbina, and good cause appearing, the Joint Stipulation is well-taken and is **GRANTED** in its entirety.

It is therefore **ORDERED**:

1. JBS USA Foods Group Holdings, Inc. is dismissed without prejudice. The Clerk of the Court is directed to terminate the proceedings against JBS USA Foods Group Holdings, Inc.

2. Plaintiff shall have until September 5, 2025, to file an amended pleading. The response to the amended pleading shall be filed within fourteen (14) days of service thereof.

**IT IS SO ORDERED**

Dated: August 21, 2025

_____
Troy L. Nunley
Chief United States District Judge