JONATHON M. WATSON (CA SBN 333845)
jmwatson@spencerfane.com
JOSEPH H. HUNT (*admitted pro hac vice*)
jhunt@spencerfane.com
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838

Counsel for Defendant JBS Prepared Foods, Inc. f/k/a
Sunnyvalley Smoked Meats, Inc.

W. ZEV ABRAMSON (CA SBN 289387)
wza@abramsonlabor.com
BARUCH KREIMAN (CA SBN 306328)
baruch@abramsonlabor.com
ARAX ASLANYAN (CA SBN 339745)
roxy@abramsonlabor.com
ABRAMSON LABOR GROUP
1700 W. Burbank Boulevard
Burbank, California 91506
Telephone: (213) 493-6300
Facsimile: (213) 336-3704

Counsel for Plaintiff Digna Urbina

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNA URBINA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNNYVALLEY SMOKED MEATS, INC., a California corporation; and DOES 1 - 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02151-TLN-AC<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S CLAIMED DAMAGES AND ORDER** |

1

Pursuant to Local Rule 143 of the Local Rules of the U.S. District Court for the Eastern District of California, Defendant JBS Prepared Foods, Inc. f/k/a Sunnyvalley Smoked Meats, Inc. ("Defendant") and Plaintiff Digna Urbina ("Plaintiff") (together, the "Parties"), by and through their respective counsel, submit the following Joint Stipulation Regarding Plaintiff's Claimed Damages:

1.    Plaintiff initiated this lawsuit on June 27, 2025. Plaintiff filed a First Amended Complaint on October 2, 2025, which includes fourteen causes of action arising from Plaintiff's former employment with Defendant and her termination of employment on April 8, 2025.

2.    Plaintiff stipulates that Plaintiff does not seek, and hereby withdraws claims for, economic damages that Plaintiff would have earned but for her termination of employment for any period of time after April 8, 2025, including back pay, front pay, loss of benefits, loss of job security, expenses to obtain new employment, and other lost earnings, on any of Plaintiff's causes of action.

3.    Defendant hereby accepts the foregoing stipulation by Plaintiff.

IT IS SO STIPULATED

Dated: March 9, 2026             **SPENCER FANE LLP**


                                 By: */s/ Joseph H. Hunt*
                                     Joseph H. Hunt
                                     Attorneys for Defendant JBS Prepared Foods,
                                     Inc. f/k/a Sunnyvalley Smoked Meats, Inc.



Dated: March 9, 2026             **ABRAMSON LABOR GROUP**

                                 (Signed with permission as authorized on March 9, 2026)

                                 By: */s/ Baruch Yosef Kreiman*
                                     Baruch Yosef Kreiman
                                     Attorneys for Plaintiff Digna Urbina

JOINT STIPULATION REGARDING PLAINTIFF'S CLAIMED DAMAGES AND ORDER

**IT IS SO ORDERED.**

Dated: March 10, 2026

_____
Troy L. Nunley
Chief United States District Judge

JOINT STIPULATION REGARDING PLAINTIFF'S CLAIMED DAMAGES AND ORDER